UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTTSDALE INSURANCE COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>) C.A. No. 1:19-CV-11878-ADB<br>MRH INDIAN ENTERPRISES LLC )<br>d/b/a A PLUS WASTE RECYCLING AND )<br>RON C. HIGH, JR. )<br>)<br>Defendants )<br>) | |

**DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**

NOW come the defendants MRH Indian Enterprises, LLC d/b/a A Plus Waste Recycling and Ron C. High, Jr. and respectfully move that this Honorable Court dismiss the plaintiff's complaint for declaratory judgment or in the alternative to stay the present action until the conclusion of the underlying state court litigation.

As reasons therefore, the defendants state that dismissal of the plaintiff's complaint or in the alternative to stay the present action until the conclusion of the underlying state court litigation will best serve the interests of comity, federalism, efficiency and fairness.

In support hereof, the defendants rely upon and incorporate herein their Memorandum of Law in Support of their Motion to Dismiss or the Alternative to Stay.

>The Defendants,
>By their attorneys,
>
>/s/Michael J. Sacchitella
>Michael J. Sacchitella, Esquire (BBO #437070)
>Michael G. Doton, Esquire (BBO #669201)
>Tufankjian, McDonald, Doton & Sacchitella
>25 Crescent Street
>Brockton, MA  02301
>508-583-3939
>sach@ahtlaw.net
>mdoton@ahtlaw.net

CERTIFICATE OF SERVICE

I, Michael J. Sacchitella, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants

>/s/ Michael J. Sacchitella
>Michael G. Doton